# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| North Wind Construction Services, LLC | ) | ASBCA Nos. 63641, 63642, 63733 |
| | | 63750, 63751, 63759 |
| | | 63760, 63761, 63762 |
| | ) | |
| Under Contract No. W91237-21-C-0003 | ) | |

APPEARANCES FOR THE APPELLANT:     Dana W. Lang, Esq.
     Womble Bond Dickinson (US) LLP
     Charleston, SC

     Joshua A. Mullen, Esq.
     Joshua R. Funderburke, Esq.
     Womble Bond Dickinson (US) LLP
     Nashville, TN

     Stephen J. McBrady, Esq.
     Skye Mathieson, Esq.
     John Nakoneczny, Esq.
     Crowell & Moring LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
     Joshua J. McCarroll, Esq.
     Bonnie B. Jagoditz, Esq.
     Jacob P. Cross, Esq.
     John F.S. Maloney, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Huntington

     Brett R. Howard, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The disputes have been settled.  The appeals are dismissed with prejudice.

Dated:  August 8, 2025

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63641, 63642, 63733, 63750, 63751, 63759, 63760, 63761, 63762, Appeals of North Wind Construction Services, LLC, rendered in conformance with the Board's Charter.

Dated:  August 8, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals